AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Martha Valentine

Plaintiff(s),

V.

HeartWise, Inc., dba NatureWise

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:20-cv-04302-JSW

Notice is hereby given that, subject to approval by the court, __HEARTWISE INCORPORATED__ substitutes
(Party(s) Name)

__William Alexander Delgado__, State Bar No. __222,666__ as counsel of record in
(Name of New Attorney)

place of __R. Joseph Trojan (CA Bar No. 137,067) and Dylan C. Dang (CA Bar No. 223,455)__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: DTO LAW
Address: 601 S. Figueroa Street, Suite 2130, Los Angeles, CA 90017
Telephone: (213) 335-6999    Facsimile (213) 355-7802
E-Mail (Optional): wdelgado@dtolaw.com

I consent to the above substitution.
Date: 1/7/2021                                   _(Signature of Party(s))_

I consent to being substituted.
Date: 1/6/2021                                   _(Signature of Former Attorney(s))_

I consent to the above substitution.
Date: 1/7/21                                     _(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                      _____
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]