William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
DTO LAW
601 S. Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone:  (213) 335-6999
Facsimile:   (213) 335-7802

Attorneys for Defendants
HEARTWISE, INC. D/B/A NATUREWISE AND HEARTWISE WONDER, INC.

Seth Adam Safier (SBN 197427)
  seth@gutridesafier.com
Marie Ann McCrary (SBN 262670)
  marie@gutridesafier.com
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff
MARTHA VALENTINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VALENTINE as an individual on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARTWISE, INC. D/B/A NATUREWISE AND HEARTWISE WONDER, INC.,<br><br>Defendant. | Case No.:   4:20-cv-04302-JSW<br><br>Hon. Jeffrey S. White<br><br>**JOINT STATUS REPORT REGARDING STATUS OF DEFENDANT'S BANKRUPTCY** |

1  The Heartwise bankruptcy is still pending.  A disclosure statement hearing
2  was held, and the bankruptcy court approved the disclosure statement on
3  September 9, 2021.  The court has set the matter for plan confirmation on
4
5  November 10, 2021.

Respectfully submitted,

Dated:  September 27, 2021      DTO LAW

By:  */s/ William A. Delgado*
     William A. Delgado
     Attorneys for Defendants
     HEARTWISE, INC. D/B/A
     NATUREWISE AND HEARTWISE
     WONDER, INC.

Dated:  September 27, 2021      GUTRIDE SAFIER LLP

By:  */s/ Seth A. Safier*
     Seth A. Safier
     Attorneys for Plaintiff
     MARTHA VALENTINE

## ATTESTATION

I, William A. Delgado am the ECF user whose identification and password are being used to file this document. I hereby attest that each of the Signatories herein, concur in this filing.

DATED: September 27, 2021         */s/ William A. Delgado*
                                  William A. Delgado